1

2
Ross Cornell, (SBN 210413)
3
LAW OFFICES OF ROSS CORNELL, APC
813 East Balboa Boulevard
4
Newport Beach, California 92663
(949) 723-1794
5

6
Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
7
18500 Von Karman Ave., Suite 500
Irvine, California 92612
8
Phone:  (949) 486-1888
Fax:     (949) 486-1889
9

10
Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

11

12

13
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
14

15

16
JOSEPH ABDULLAH,                          Case No.: CIV.S 4-2180 LKK PAN

17
                                          Plaintiff,
18
                                          **STIPULATION AND ORDER TO**
19                    v.                   **SET ASIDE ENTRY OF DEFAULT**
                                          **AND DISMISSAL**
20
MANCHESTER APARTMENTS;
21
KUPPE G & SHAKU SHANKAR
22
FAMILY REVOCABLE TRUST; RAY
STONE INCORPORATED and Does 1
23
through 10, inclusive,

24

25
                                          Defendants.
26

27

28

- 1 -

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF**
**DEFAULT AND DISMISSAL**

1

2

3

**TO THE COURT AND TO ALL PARTIES WITH AN INTEREST**

4

**HEREIN:**

5

Plaintiff Joseph Abdullah and Defendants Manchester Apartments and

6

Kuppe G & Shaku Shankar Family Revocabe Trust, through their attorneys

7

undersigned, stipulate and agree that the Entry of Default filed on December 29,

8

2004, is set aside and that said Defendants are dismissed from Plaintiff's

9

Complaint, without prejudice.

10

11

DATED: December 29, 2004 **AZIMY & NATHAN, LLP**

12

13

14

By:  /s/Reuben D. Nathan, Esq.

15

Reuben D. Nathan, Esq.

Attorney for Plaintiff,      Joseph Abdullah

16

17

DATED: December 29, 2004          **RAY STONE INCORPORATED**

18

19

By:  /s/ Eric B. Olsen as authorized on December 29, 2004

20

Eric B. Olsen, CPA

21

Representative of Manchester

Apartments Kuppe G & Shaku

22

Shankae Family Revocable Trust

23

24

25

26

27

28

- 2 -

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT AND DISMISSAL**

1

2

**IT IS ORDERED** that the Entry of Default filed on December 29, 2005,
against Defendants, Manchester Apartments and Kuppe G & Shaku Shankar
Family Revocable Trust, filed on December 29, 2004, is set aside and said
Defendants are dismissed from Plaintiff's Complaint, without prejudice.

Dated:  April 24, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF
DEFAULT AND DISMISSAL**