1 | Reuben D. Nathan, Esq.. (SBN 208436)
  | AZIMY & NATHAN, LLP
2 | 18500 Von Karman Ave., Suite 500
  | Irvine, California 92612
3 | Phone: (949) 486-1888
  | Fax:    (949) 486-1889
4 | Email: r.n@azimynathan.com
5 |     e.a@azimynathan.com

6 | Attorneys of Record for Plaintiff, Joseph Abdullah

7

8 | **UNITED STATES DISTRICT COURT**

9

10 | **EASTERN DISTRICT OF CALIFORNIA**

11

| JOSEPH ABDULLAH, | Case No.: 2:04-CV-02180-LKK PAN |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL OF RAY STONE INCORPORATED AND ENTIRE CASE AND ORDER THEREON** |
| MANCHESTER APARTMENTS; KUPPE G & SHAKU SHANKAR FAMILY REVOCABLE TRUST; RAY STONE INCORPORATED and Does 1 through 10, inclusive. | |
| Defendants. | |

- 1 -

**NOTICE OF DISMISSAL OF RAY STONE INCORPORATED AND ENTIRE CASE AND ORDER**

**THEREON**

1    PLEASE TAKE NOTICE THAT Plaintiff dismisses Defendant, Ray Stone

2    Incorporated and the above- captioned matter in its entirety, without prejudice,

3

4    each party to bear its own attorneys' fees and costs.

5

6

7    DATED: May 2, 2006                    **AZIMY & NATHAN, LLP**

8

9

10                                         BY: /s/ Reuben D. Nathan, Esq.

11                                              Reuben D. Nathan, Esq.
                                                Attorney for Plaintiff, Joseph
12                                              Abdullah

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         - 2 -

**NOTICE OF DISMISSAL OF RAY STONE INCORPORATED AND ENTIRE CASE AND ORDER**

**THEREON**

1        **ORDER**

2            The above-captioned matter and all defendants thereto are dismissed,

3

4    without prejudice, each party to bear its own attorneys' fees and costs.

5

6    Dated: _____, 2006          _____
                                            United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**NOTICE OF DISMISSAL OF RAY STONE INCORPORATED AND ENTIRE CASE AND ORDER**

**THEREON**